```
                                                              FILED
                                                           April 27, 2012
              UNITED STATES DISTRICT COURT              CLERK, US DISTRICT COURT
                                                         EASTERN DISTRICT OF
           FOR THE EASTERN DISTRICT OF CALIFORNIA             CALIFORNIA
                                                         _____
                                                            DEPUTY CLERK
```

UNITED STATES OF AMERICA,      )
                               )    CASE NUMBER: 2:12-mj-00102 GGH
          Plaintiff,        )
v.                          )    ORDER FOR RELEASE
                               )    OF PERSON IN CUSTODY
ANDRE CAWTHORNE,         )
                               )
          Defendant.      )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Andre Cawthorne</u>; Case <u>2:12-mj-00102 GGH</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __     Release on Personal Recognizance

     __     Bail Posted in the Sum of _____

     _X_    Unsecured Appearance Bond in the amount of <u>$50,000.00</u>; co-signed by Tina Sherel

     __     Appearance Bond with 10% Deposit

     __     Appearance Bond secured by Real Property

     __     Corporate Surety Bail Bond

     _X_    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>4/27/2012</u> at 3:30 pm

By _____
       Kendall J. Newman
       United States Magistrate Judge