LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:   (916) 446-7104

Attorney for Defendant
ANDRE CAWTHORNE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS RAMIREZ, et al,,<br><br>Defendants. | Case No. 2:11-CR-00190 MCE<br><br>**STIPULATION AND [PROPOSED] ORDER REMOVING ANDRE CAWTHORNE'S PRETRIAL RELEASE CONDITION #13** |

Plaintiff United States of America, by and through Assistant United States Attorney Jason Hitt, and defendant Andre Cawthorne, by and through his counsel Scott L. Tedmon, hereby stipulate that Pretrial Release Condition #13 be removed as a special condition of defendant Andre Cawthrone's pretrial release.

On April 27, 2012, defendant Cawthorne was released on an unsecured bond of $50,000 co-signed by Tina Sherel.  Special Condition of Release #13 required that defendant Cawthrone comply as follows:

> "13.   You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring or other location verification system;

**Curfew:** You are restricted to your residence every day as directed by Pretrial Services.

You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company.  You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;"

Pretrial Services Officer Tai Gaskins reports she has supervised Mr. Cawthorne since April 27, 2012.  Officer Gaskins states Mr. Cawthorne is no longer in need of Special Condition of Release #13 and concurs in this stipulation.

Based on the foregoing, the government and defense request that Special Condition of Release #13 be removed forthwith from Mr. Cawthorne's special conditions of release.

**IT IS SO STIPULATED.**

DATED:  September 11, 2013     BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Jason Hitt
JASON HITT
Assistant United States Attorney

DATED:  September 11, 2013     LAW OFFICES OF SCOTT L. TEDMON

/s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant Andre Cawthorne

# ORDER

Based on the foregoing, it is hereby ordered that defendant Andre Cawthorne's previously ordered Special Condition of Release #13 is removed from his conditions of release forthwith.  All other previously ordered conditions of release shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED:  September 11, 2013                    _____
                                              ALLISON CLAIRE
                                              UNITED STATES MAGISTRATE JUDGE